October 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TONY CHILDERS, Appellant

NO. 14-12-00501-CV                    V.

NATIONSTAR MORTGAGE, L.L.C. F/K/A
CENTEX HOME EQUITY COMPANY, L.L.C., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tony Childers.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.